**Forrest EITEL, Respondent,**

v.

**Roseva JOHNSON, Linden Eitel, Hugh Eitel, Ferris Eitel, Bank of Kirksville, James M. Robertson, Joyce A. Robertson, Gail Novinger, Respondents,**

**and**

**Van Eitel, Appellant.**

**No. WD 42515.**

Missouri Court of Appeals, Western District.

July 17, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 28, 1990.

**257**

Charles R. Willis, St. Louis, for appellant.

Clifford B. Mayberry, Kirksville, for respondent Forrest Eitel.

Vance R. Frick, Kirksville, for respondent Gail Novinger.

Russell E. Steele, Kirksville, for respondent Bank of Kirksville.

Michael W. Mulford, and Wallace W. Trosen, Kirksville, for respondents James M. Robertson and Joyce A. Robertson.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from order overruling a motion to set aside a partition sale which was conducted by the Adair County Sheriff pursuant to an interlocutory judgment in partition. Affirmed. All motions taken with the case are denied. Rule 84.16(b).